IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Myron Hubbard,<br><br>                    Plaintiff,<br>        vs.<br><br>South Carolina Department of<br>Mental Health,<br><br>                    Defendant. | C.A. No.:  3:20-cv-02482-JMC-SVH<br><br><br>**NOTICE OF REMOVAL OF CIVIL<br>ACTION TO THE UNITED STATES<br>DISTRICT COURT** |

Defendant South Carolina Department of Mental Health (hereinafter "Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), hereby files this Notice of Removal, based on the following grounds:

1.    The South Carolina Department of Mental Health is the Defendant in State Case No. 2020-CP-40-02095, entitled "Myron Hubbard v. South Carolina Department of Mental Health."

2.    Plaintiff commenced the action referred to in Paragraph 1 by filing his Summons and Complaint in the Richland County Court of Common Pleas, on or about April 27, 2020. Copies of the Summons and Complaint are attached as Exhibit A, and constitute all process, pleadings, and orders received by Defendant.

3.    Defendant accepted service by filing a Notice of Appearance on June 19, 2020.

5.    The present action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which the Defendant may remove pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff's claims arise under the laws of the United States.

6.    The Complaint alleges violations of the Title VII and Title VI of the Civil Rights Act of 1964 that includes retaliation.

7.    Therefore, the Complaint may properly be removed on the basis of federal question jurisdiction.

8.    Venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

9.    This Notice of Removal of Civil Action is filed within 30 days after receipt by the Defendant, by service or otherwise, of a copy of the initial pleading setting forth the Plaintiff's claims for relief, and is therefore timely under 28 U.S.C. 1446(b).

10.    Defendant will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Richland County, South Carolina, and will give written notice of this Notice of Removal to the Plaintiff, the only adverse party, as required by 28 U.S.C. § 1446(d).  A copy of these notices is attached hereto as Exhibit B.

WHEREFORE, the Defendant prays that the above action now pending in the Court of Common Pleas of Richland County, South Carolina, be removed therefrom to this Court.

Respectfully submitted,

BOYKIN & DAVIS, LLC

By: s/S. Lynn Smith
       Charles J. Boykin (Fed. Bar #6310)
       S. Lynn Smith (Fed. Bar #13147)

       P.O. Box 11844
       Columbia, SC  29211
       Telephone:  803-254-0707
       Facsimile:   803-254-5609

Attorneys for Defendant

June 30, 2020
Columbia, South Carolina

2